867 A.2d 1262

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Respondent**

v.

**Lori FOSTER, Petitioner.**

**No. 141 MAL 2004.**

Supreme Court of Pennsylvania.

Jan. 18, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of January, 2005, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

> Whether the Pennsylvania Superior Court erred in effectively overturning this Court's holding and rationale in *Brakeman v. Potomac Insurance Co.*[, 236 Pa.Super. 320, 344 A.2d 555 (1975)] when ruling that an insured's failure to report a hit-and-run accident results in a per se forfeiture of his or her uninsured motorist benefits, even absent a showing of prejudice to the insurance company?